## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **AMEND CONDITIONS OF RELEASE** |
| vs. | ) | |
| | ) | |
| Delmar Manuel Sheppard, | ) | Case No.  4:08-cr-045 |
| | ) | |
| Defendant. | ) | |

_____

On August 26, 2008, the Defendant filed a Motion to Amend Conditions of Release, citing a change in his circumstances, to wit: the birth of his child.  The Government' filed a response in opposition to the motion.

On September 8, 2008, the Defendant appeared before the court for his arraignment on a superceding indictment.   Thereafter, the court addressed the Defendant's Motion to Amend Conditions of Release.  For the reason set forth on the record, the court **GRANTS** the Defendant's motion (Docket No.  19).  The Defendant shall be released pursuant to the accompanying order amending the Defendant's conditions of release once the Pretrial Services Office is able to the make the necessary arrangements for installing a sobrietor and electronic monitoring.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2008.

/s/  Charles S.  Miller, Jr.
Charles S.  Miller, Jr.
United States Magistrate Judge